# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer *RRP* | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 12 C 5013 | **DATE** | 7/9/2012 |
| **CASE TITLE** | Louis Fasullo vs. The People of the United States | | |

**DOCKET ENTRY TEXT**

The motion for leave to proceed *in forma pauperis* [3] is denied, and the complaint is dismissed. Finally, the court takes notice that Mr. Fasullo has filed at least nine complaints since 2009, all of which have been dismissed, some for failure to state a claim or lack of jurisdiction, and some because Mr. Fasullo, who has been incarcerated for lengthy periods, had "struck out" under the Prison Litigation Reform Act. See No. 09 C 1750 (Gettleman, J.) ("struck out"); No. 09 C 1751 (Gettleman, J.) (same); No. 09 C 2760 (St. Eve, J.) (same); No. 09 C 3849 (Gottschall, J.) (same); No. 09 C 3848 (Norgle, J.) (same); No. 09 C 3847 (Hibbler, J.) same); No. 12 C 1660 (Zagel, J. ) (no federal jurisdiction); No. 12 C 1661 (Coleman, J.) (same); No. 12 C 2429 (Darrah, J.) (no claim for relief). The court sympathizes with Mr. Fasullo's obvious confusion, but cautions that the federal courts have no power to provide any general remedy for his distress. (For further details see minute order.)

■[ For further details see text below.]   Docketing to mail notices.

## STATEMENT

Louis Fasullo has filed a complaint against "The People of the United States," alleging that the Defendants are guilty of "interception, threats, assault, intimidation, slander, [and] conspiracy." Mr. Fasullo seeks leave to proceed *in forma pauperis*, but before granting such a motion, the court must consider whether his allegations are sufficient to state a claim of any kind under federal law against any non-immune defendant. 28 U.S.C. § 1915A. The complaint does not meet this test.

The court will summarize Mr. Fasullo's allegations briefly: While Mr. Fasullo was imprisoned at Cook County Jail in 1995, there was what he calls a "run-in about resurrection." After his release, "The People" started another "run-in" and "saying that [Mr. Fasullo] was Jesus." Mr. Fasullo asserts that he has served approximately 15 years in prison and has "not had sex with women for 17 years." He brought several cases in federal court but "could not find anybody" willing to pursue and arrest "the violators." The People learned that Mr. Fasullo was "with The Holy Spirit," and the Central Intelligence Agency wanted to make him "King Louis for America." Other participants in the conspiracy include the police, who did not want Mr. Louis to exercise his power to raise people from the dead; the Department of Health; the television, which "started talking to [Plaintiff] and telling [his] affairs to the public;' the "women in the neighborhood;" "black staff" at a mental health treatment facility; and the Federal Communications Commission, which declined to investigate companies against whom Mr. Fasullo filed complaints.

The motion for leave to proceed *in forma pauperis* [3] is denied, and the complaint is dismissed. Finally, the court takes notice that Mr. Fasullo has filed at least nine complaints since 2009, all of which have been dismissed, some for failure to state a claim or lack of jurisdiction, and some because Mr. Fasullo, who has

| STATEMENT |
|---|
| been incarcerated for lengthy periods, had "struck out" under the Prison Litigation Reform Act. See No. 09 C 1750 (Gettleman, J.) ("struck out"); No. 09 C 1751 (Gettleman, J.) (same); No. 09 C 2760 (St. Eve, J.) (same); No. 09 C 3849 (Gottschall, J.) (same); No. 09 C 3848 (Norgle, J.) (same); No. 09 C 3847 (Hibbler, J.) same); No. 12 C 1660 (Zagel, J. ) (no federal jurisdiction); No. 12 C 1661 (Coleman, J.) (same); No. 12 C 2429 (Darrah, J.) (no claim for relief). The court sympathizes with Mr. Fasullo's obvious confusion, but cautions that the federal courts have no power to provide any general remedy for his distress. |